

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

In the twelve (12) causes listed immediately hereunder the following was entered:

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed June 23, 2015, Misc. Docket No. 15-9114, it is ordered that these causes be transferred to the Seventh Court of Appeals at Amarillo, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said causes to the Clerk of the Seventh Court of Appeals.

| CASE NUMBER | STYLE OF CASE | COUNTY |
|---|---|---|
| 1. 2-15-182-CV | Sommer Walker v. David E. Parmer, DDS, M.D. | Tarrant |
| 2. 2-15-183-CV | Frederikc W. Dobbins v. Cassandra L. Dobbins | Tarrant |
| 3. 2-15-185-CV | John Randall Beam v. Glenda Hosek Beam | Wise |
| 4. 2-15-186-CV | John H. Carney & Associates v. Ishfaq Ahmad | Tarrant |
| 5. 2-15-185-CR | Rudy Cortinas v. State of Texas | Tarrant |
| 6. 2-15-186-CR | Derek Kyle Auvenshine v. State of Texas | Parker |
| 7. 2-15-187-CR | Derek Kyle Auvenshine v. State of Texas | Parker |
| 8. 2-15-188-CR | Derek Kyle Auvenshine v. State of Texas | Parker |
| 9. 2-15-189-CR | Derek Kyle Auvenshine v. State of Texas | Parker |
| 10. 2-15-190-CR | Jacqueline Elaine Smith v. State of Texas | Tarrant |
| 11. 2-15-191-CR | Michael D. Thomas v. State of Texas | Tarrant |
| 12. 2-15-192-CR | Michael D. Thomas v. State of Texas | Tarrant |

I, DEBRA SPISAK, Clerk of the Second Court of Appeals at Fort Worth, Texas, hereby certify that the foregoing is a true copy of this Court's Order entered June 26, 2015, transferring the above twelve (12) causes from this Court to the Seventh Court of Appeals at Amarillo, Texas as it appears in Minute Book volume 81, page 276.

IN WITNESS WHEREOF, I hereby certify and affix the seal of the Second Court of Appeals at Fort Worth, Texas this 26th day of June, 2015.



DEBRA SPISAK, CLERK
SECOND COURT OF APPEALS
FORT WORTH, TEXAS

*Debra Spisak*